UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 12-cr-20545

vs.

                                               Hon. Bernard Friedman

MARK JOVETT APSEY, et al.,

        Defendant.
_____/

## STIPULATION TO AMEND TERMS AND CONDITIONS OF BOND

IT IS STIPULATED BY AND BETWEEN the parties hereto that the terms and conditions of the Defendant's bond shall be amended to remove the bond condition of a tether (electronic monitoring).

IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto that the Defendant's travel shall be restricted to the Eastern District of Michigan, except when the Defendant obtains prior approval from Pretrial Services.

IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto that all other terms and conditions of bond shall remain in full force and effect.

| | |
|---|---|
| /s/ Rita Elizabeth Foley | /s/ Stephen T. Rabaut |
| RITA ELIZABETH FOLEY (P 56361) | STEPHEN T. RABAUT (P 31143) |
| Assistant U.S. Attorney | Attorney for Defendant, Apsey |
| 211 W. Fort St., Ste. 2001 | 42700 Schoenherr Rd., Ste. 3 |
| Detroit, MI 48226 | Sterling Heights, MI 48313 |
| (313) 226-9520 | (586) 532-1133 |
| rita.foley@usdoj.gov | srabautlaw@me.com |
| | |
| Dated: May 21, 2013 | Dated: May 16, 2013 |

/s/ Julie A. Beck
JULIE A. BECK (P 53291)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9717
julie.beck@usdoj.gov

Dated: May 21, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 12-cr-20545 D-1

        Hon. Bernard Friedman

MARK JOVETT APSEY, et al.,

        Defendants.
_____/

**ORDER AMENDING TERMS AND CONDITIONS OF BOND**

At a session of said Court, held in the Federal Building, Detroit, Michigan on May 21, 2013.

PRESENT: BERNARD A. FRIEDMAN
                U.S. DISTRICT COURT JUDGE

Upon the reading and filing of the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the terms and conditions of the Defendant #1, Mark Jovett Apsey's bond is amended to remove the bond condition of a tether (electronic monitoring).

IT IS FURTHER ORDERED that the Defendant's travel shall be restricted to the Eastern District of Michigan, except when the Defendant obtains prior approval from Pretrial Services.

IT IS FURTHER ORDERED that all other terms and conditions of bond shall remain in full force and effect.

May 21, 2013

                                            S/ Bernard A. Friedman_____
                                            U.S. DISTRICT COURT JUDGE