

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ORIGINAL**

| | |
|---|---|
| United States of America, | Criminal No. 12-20545 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | VIO: 18 U.S.C. § 371 – Conspiracy to Commit a Federal Crime |
| MARK A. HOPKINS | |
| Defendant. | |

## SECOND SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Conspiracy to Commit Federal Crimes – 18 U.S.C. § 371

D-3   MARK A. HOPKINS

1.   That in or about March 2009, and continuing through November 14, 2012, in the Eastern District of Michigan and elsewhere, Mark Jouett Apsey, Martin Grenier, MARK A. HOPKINS, and others, knowing that the property involved represented the proceeds of some form of unlawful activity, that is the proceeds of

activity which constitutes a felony under State, Federal, or Foreign law, to wit: the possession with the intent to distribute and distribution of controlled substances, a felony under Title 21, United States Code, Section 841; bankruptcy fraud, a felony under Title 18, United States Code, Sections 152, 157; tax evasion or tax fraud, felonies under Title 26, United States Code, Sections 7201-7207; and false pretenses with intent to defraud, a felony under Michigan Penal Code, Section 750.218; did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other to conduct and/or cause to be conducted, financial transactions which involve the proceeds of said unlawful activity and property represented to be the proceeds of specified unlawful activity, and conducted or attempted to conduct a financial transaction involving property represented to be the proceeds of unlawful activity or property used to conduct or facilitate specified unlawful activity, with the intent to promote the carrying on of said unlawful activity, knowing that the transactions were designed, in whole or in part, to conceal and/or disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity and property believed to be the proceeds of specified unlawful activity, and to avoid transaction reporting requirements under State or Federal law, all in violation of Title 18, United States Code, Sections 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)-(ii), 1956(a)(3), and 1957.

## OVERT ACTS

2.  In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Michigan and elsewhere:

   a.  As part of the conspiracy to commit money laundering, on or about June 3, 2009, Mark Jouett Apsey caused Four Hundred Thirty-Six Thousand Twenty-Eight Dollars and Eighty-Five Cents ($436,028.85) in U.S. currency funds to be transferred via wire transaction into the lawyer trust account of MARK A. HOPKINS in Illinois, a place inside the United States, specifically Chase Bank Account Number XXXXX2563, from a place outside of the United States, namely Account Number XXX8131 in the name of IT Data Marketing, Inc. at Union Bancaire Privee, Naussau, Bahamas.

   b.  As part of the conspiracy, on or about June 4, 2009, MARK A. HOPKINS transferred the $436,028.85 in U.S. currency funds (which originated in the Bahamas) from his lawyer trust account (Chase Bank Account Number XXXXX2563), into the business bank account of co-conspirator NM (Chase Bank Account Number XXXXX2824); co-conspirator NM then withdrew approximately Ninety-Nine Thousand Five Hundred Dollars in U. S. currency funds ($99,500.00) from Chase Bank in Detroit, Michigan on or about June 5, 2009 in the form of: (a) a Cashier's Check payable to JPC in the amount of Ninety

Thousand Dollars ($90,000.00); and (b) Nine Thousand Five Hundred Dollars ($9,500.00) in cash, an amount just under the $10,000 currency transaction reporting requirement threshold.

c.  As part of the conspiracy, on or about June 5, 2009, Mark Jouett Apsey and Martin Grenier instructed co-conspirator NM to transport Cashier's Checks to Toronto, Ontario, Canada, specifically Mark Jouett Apsey provided co-conspirator NM with a Cashier's Check in the amount of Seventy Thousand Dollars ($70,000.00) and instructed co-conspirator NM to drive the Cashier's Check to Toronto, Ontario, Canada, and Martin Grenier instructed co-conspirator NM to purchase a the Cashier's Check in the amount of Ninety-Thousand Dollars ($90,000.00) payable to JPC at Chase Bank in Detroit and then transport the Cashier's Check to Toronto, Ontario, Canada.

d.  As part of the conspiracy, on or about June 5, 2009, MARK A. HOPKINS traveled to Toronto, Ontario, Canada with the intent to meet co-conspirator NM in Canada and then travel together with co-conspirator NM through Canada into New York.

All in violation of Title 18, United States Code, Section 371.

                BARBARA L. MCQUADE
                United States Attorney

                */s/ Julie A. Beck*
                Julie A. Beck
                Assistant U.S. Attorney
                P- 53291
                211 W. Fort St., Suite 2001
                Detroit, MI 48226
                (313) 226-9717
                julie.beck@usdoj.gov

                */s/ Rita E. Foley*
                Rita E. Foley
                Assistant U.S. Attorney
                P-56361
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                (313) 226-9520
                rita.foley@usdoj.gov

Dated: April 29, 2014

ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>12-20545 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _ref_ |

Case Title: USA v. D-3 MARK A. HOPKINS

County where offense occurred : Wayne

Check One:  ☒ Felony  ☐ Misdemeanor  ☐ Petty

    ____Indictment/____Information --- **no prior complaint.**
    ____Indictment/____Information --- **based upon prior complaint** [Case number: ]
    ____Indictment/ ✓ Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*

**Superseding Case Information**

Superseding to Case No: 12-20545  Judge: Bernard A. Friedman

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 29, 2014
Date

_Rita E. Foley_ (signature)
Rita E. Foley
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9520
Fax:    (313) 226-2873
E-Mail address: rita.foley@usdoj.gov
Attorney Bar #: P-56361

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.  04/13