

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,　　　　　　　No. 12-CR-20545

　　　　　Plaintiff,　　　　　　　　　　Honorable Bernard A. Friedman

v.

D-1 Mark Jouett Apsey,
a.k.a. "Jay Apsey,"
a.k.a. "Jay,"
a.k.a. "Mark Jovett Apsey,"
　　　　　Defendant.

## Order Granting Government's Oral Motion to Amend the First Superseding Indictment in Form But Not in Substance

At a session of this Court on May 6, 2014, the Government having orally moved this Court to amend the First Superseding Indictment in form but not in substance;

The defendant having agreed to the amendment;

**IT IS HEREBY ORDERED** that the First Superseding Indictment in this matter is **AMENDED** in form but not in substance to change the spelling of the defendant's middle name from "JOVETT" to "JOUETT."

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Bernard A. Friedman
Dated: __MAY - 6 2014__　　　　　United States District Judge