UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

        Plaintiff,

  vs.                                Case No. 12-20545
                                        Honorable Bernard A. Friedman.

MARTIN GRENIER

        Defendant.

_____/

**STIPULATION TO ADJOURN SENTENCING**

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, that the Sentencing scheduled in the above matter for August 12th 2014, at 11:00 a.m., be adjourned to October 14th, 2014 at 11:00am.

*s/Rita Elizabeth Foley*
RITA ELIZABETH FOLEY (P56361)
Assistant U.S. Attorney
211 Fort Street
Suite 2001
Detroit MI, 48226
(313) 226-9250
rita.foley@usdoj.gov

*s/Julie A. Beck*
JULIE A. BECK (P53291)
Assistant U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit MI, 48226
(313) 226-9100
julie.beck@usdoj.gov

*s/William W. Swor*
WILLIAM W. SWOR (P21215)
Attorney for Defendant
3060 Penobscot Building
365 Griswold Street
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

DATED: July 23, 2014