UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 12-cr-20545

D-3, MARK A. HOPKINS,           Hon. Bernard A. Friedman

    Defendant.
_____/

## STIPULATION AND ORDER TO EXTEND REPORTING DATE

**IT IS HEREBY STIPULATED** by the parties that Defendant Mark Hopkin's reporting date to the Federal Bureau of Prisons be extended from January 12, 2014 at 12:00 p.m. until February 26, 2015 at 12:00 p.m., for reason that Defendant has a pending case in Chicago.

s/Rita Foley w/consent
Assistant U.S. Attorney
211 W. Fort St., Ste. 2300
Detroit, MI  48226
(313) 226-9520
rita.foley@usdoj.gov

s/Jonathan M. Epstein P38101
Attorney for Defendant
613 Abbott St., 5th Floor
Detroit, MI  48226
(313) 967-5840
jonathan_epstein@fd.org

Dated: December 29, 2014

**SO ORDERED.**

 S/ Bernard A. Friedman
Honorable Bernard A. Friedman
United States District Judge

Dated: December 30, 2014